STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant GRAVES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW GRAVES,<br><br>    Defendant.<br>_____ | No. CR 12-885 WHA<br><br>STIPULATION and [~~PROPOSED~~] ORDER TO MOVE MOTION HEARING DATE TO JULY 9, 2013<br><br>Date: June 18, 2013<br>Time: 2:00 p.m.<br>Court: The Honorable William H. Alsup |

Undersigned counsel stipulate as follows:

1. A motion hearing on Mr. Graves' pretrial motions is currently scheduled in this matter on June 18, 2013. The opening briefs are due tomorrow, May 21, 2013;

2. The parties are currently involved in pretrial negotiations and believe that a disposition of the case short of trial is feasible;

3. Because motion practice - specifically, the filing of the defendant's pretrial motions – will greatly interfere with the parties' mutual ability to settle the case, defense counsel is requesting a three week continuance for the filing of pretrial motions in this matter, and to move the motion hearing date to **July 9, 2013 at 2:00 pm.** This date is still well ahead of the trial date, currently scheduled for September 9, 2013. Counsel <u>is not</u> requesting a continuance of the trial date at this time;

4. At this time, the only pretrial motions contemplated by defense counsel are a

motion to suppress based on a warrantless probation search, as well as a motion demanding disclosure of 404(b) material well in advance of trial (or, in the alternative, a motion to exclude 404(b) material). The 404(b) motion is traditionally handled as an *in limine* motion by the Court; however, the scope of 404(b) material involved in this case requires, in defense counsel's estimation, advanced briefing and contemplation by the Court;

5. Were the Court to agree to the stipulated continuance, the briefing schedule for defendant's pretrial motions would be as follows:

Opening Brief Due: June 11, 2013

Response Due: June 25, 2013

Reply Due: July 2, 2013

Hearing: July 9, 2013.

IT IS SO STIPULATED.

DATED: May 21, 2013 _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: May 21, 2013 _____/S/_____

KEVIN BARRY
Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the motion hearing on Defendant's pretrial motions is hereby continued to July 9, 2013 at 2:00 p.m. The briefing schedule suggested by the parties in the aforementioned stipulation is hereby ADOPTED by this Court.

IT IS SO ORDERED.

*Graves*, CR-12-855
STIP CONT. HEARING. 2

DATED: May 21, 2013.

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE